# MEMORANDUM

**TO:** Susan Giness, Clerk
Pro Se Court Division
Suite 2300
Boston, MA 02210

05 - 10244 RCL

**FROM:** Lisa Gillard, Petitioner

**DATE:** 01/30/2005

**SUBJECT:** Modification/Filing Fee Waiver Form
Sections 2A and 3F

**PAGES:** 1 (including cover sheet)

---

This document is to modify Sections 2A and 3F on the Filing Fee Waiver Form for consideration of a waiver request.

<u>2A: Other Employment</u>
Northeastern University    Writing Seminar    $3,000.00    Fall Semester 2004

<u>3F: Any other resources over the past 12 months</u>
4 small loans: one from a personal relative, three from professional colleagues. These monies were used to aid in my housing due to an eviction in 10/06/04, and car repairs in 06/07/05. There are no more monies coming in to me at this time from any parties, other than forthcoming payments from Bristol Community College and Roxbury Community College.

Therefore, because of part-time employment status, excessive student loans and debt, and other financial hardships, particularly the last two years, I request a filing fee waiver.

If there are further concerns or questions, please feel free to contact me.

I thank you for your prompt response to the filing process.

Lisa Gillard
P.O. Box 990695
Boston, MA 02199
1-773-425-0307