UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA J. GILLARD<br>      Plaintiff<br><br>v.<br><br>SOUTHERN NEW ENGLAND SCHOOL OF LAW<br>      Defendant | DOCKET NO. 05-10244-RCL |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 the defendants say that Southern New England School of Law, Inc. is a Massachusetts charitable corporation. There is no parent corporation nor is there a publicly owned corporation that owns any of its stock.

SOUTHERN NEW ENGLAND SCHOOL OF LAW,

By its attorneys,

*/s/ Allen N. David*
Allen N. David, BBO # 115000
Elizabeth A. Houlding, BBO # 645981
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110

Dated: 4/8/05

PABOS2:ADAVID:612189_1
9502-91139

**CERTIFICATE OF SERVICE**
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same, postage prepaid, to all counsel of record.
Signed under the pains and penalties of perjury
DATED: 4/8/05
*/s/ Allen N. David*