UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA J. GILLARD<br><br>        Plaintiff<br><br>v.<br><br>SOUTHERN NEW ENGLAND SCHOOL OF<br>LAW<br>        Defendant | DOCKET NO. 05-10244-RCL |

## DEFENDANT'S RULE 16.1(D)(3) CERTIFICATION

The undersigned affirms that they have conferred:

(a)     with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – for the litigation; and

(b)     to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L. R. 16.4.

Allen N. David, BBO # 115000
Elizabeth A. Houlding, BBO # 645981
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA  02110

SOUTHERN NEW ENGLAND SCHOOL
OF LAW

By:     Robert V. Ward, Jr., Dean

Dated:

PABOS2:ADAVID:613201_1
9502-91139