**Lisa Gillard**
P.O. Box 990695, Boston, MA 02199 • LGillard@Bridgew.Edu • 1-773-425-0307

June 16, 2005

Judge Reginald C. Lindsay
United States District Court
District Court of Massachusetts
John Joseph Moakley Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    Lisa J. Gillard vs. Southern New England School of Law
              Docket No. 05-10244-RCL

Dear Judge Lindsay:

In pursuant to LR 26.1 (c), I request a Motion to Extend the Discovery Phase for an additional sixty days (August 30, 2005) from the Pre-conference schedule dates.

Because I am currently homeless and unemployed in Chicago, I am unable to travel back to Boston for Depositions, and I need further Discovery materials from the defendants, Southern New England School of Law.

Concerns or questions please feel free to contact me.

I thank you for your attention to this matter.

Sincerely,

*Lisa J. Gillard*

Lisa Gillard
PRO SE

Address Information:
P.O. Box 5213
Chicago, IL 60680-5213

Cc: File Copy