UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA J. GILLARD<br><br>　　　　Plaintiff<br><br>v.<br><br>SOUTHERN NEW ENGLAND SCHOOL OF LAW<br><br>　　　　Defendant | DOCKET NO. 05-10244-RCL |

## MOTION FOR SUMMARY JUDGMENT

The defendant Southern New England School of Law moves pursuant to Fed.R.Civ.P. 56 for entry of summary judgment in its favor. As grounds for this motion, the defendant says that there are no genuine issues of material fact and the defendant is entitled to judgment as a matter of law. In further support of this Motion, the defendant has filed herewith a Memorandum of Law, Affidavit of Michael G. Hillinger, Affidavit of Irene Scharf, Affidavit of Robert V. Ward, Affidavit of Dorothy B. Brown, Ph.D., and Affidavit of Allen N. David.

## REQUEST FOR ORAL ARGUMENT

The defendant requests oral argument on this motion.

　　　　　　　　　　　　　　　　　　　　SOUTHERN NEW ENGLAND SCHOOL
　　　　　　　　　　　　　　　　　　　　OF LAW,

　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　　　/s/Allen N. David
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Allen N. David, BBO # 115000
　　　　　　　　　　　　　　　　　　　　Elizabeth A. Houlding, BBO # 645981
　　　　　　　　　　　　　　　　　　　　Peabody & Arnold LLP
　　　　　　　　　　　　　　　　　　　　30 Rowes Wharf
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
Dated: August 3, 2005　　　　　　　　　(617) 951-2100

## Certification

I certify pursuant to L.R. 7.1 that I attempted to confer with the plaintiff by telephone on July 28, 2005.  I was unable to reach her and left a voice message regarding the defendant's Motion for Summary Judgment.  I also sent the plaintiff an e-mail on July 28, 2005 regarding the Motion for Summary Judgment.  The plaintiff returned my call on Sunday, July 31, 2005 at 10:25 p.m., and stated that she would oppose the Motion.  I have attempted to confer in good faith and was unable to narrow the issues any further.

/s/Elizabeth A. Houlding

_____
Elizabeth A. Houlding

619144_1
9502-91139