UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA J. GILLARD<br>   Plaintiff<br><br>v.<br><br>SOUTHERN NEW ENGLAND SCHOOL OF LAW<br>   Defendant | DOCKET NO. 05-10244-RCL |

**AFFIDAVIT OF MICHAEL G. HILLINGER**

I, Michael G. Hillinger, do on oath depose and say:

1. I am a Professor of Law at Southern New England School of Law (SNESL). During the 2002-2003 academic year I was also the Associate Dean. All of the statements in this Affidavit relate to the 2002-2003 academic year unless otherwise stated.

2. SNESL offers full-time and part-time day programs leading to a J.D. degree. The full-time program is completed in three years and the part-time program is usually completed in four and one-half years. Full-time first-year students take the following classes: Property, Torts, Civil Procedure, Contracts, Criminal Law, Ethics, Legal Writing, and Legal Methods.

3. SNESL grades students on a 100 point scale. A grade of 60 is considered passing. Academic performance is considered unacceptable when a student receives a cumulative average below 70, fails a required course, receives a cumulative total of 9 credits or more of grades below 70, or fails to comply with prior probationary or supervisory conditions. Students whose performance is unacceptable under these criteria are subject to academic dismissal. Dismissal,

however, is not automatic. The student has the right to submit a written statement to the Academic Standards Committee of the Faculty. If the Committee decides that dismissal is warranted, the student is notified and has a right to appeal to the Full Faculty.

    4.    The plaintiff Lisa Gillard entered SNESL as a first-year student in September 2002. Attached as Exhibit A is a copy of the resume she supplied with her admission application.

    5.    The plaintiff was taking the following courses: Legal Methods, Legal Writing, Property, and Torts. Legal Methods is a half year course. Legal Writing is full year course, but students receive a formal grade at the end of each semester. Property and Torts are full year courses, but students do not receive a formal mid-term grade. Mid-term marks in those courses are reported to the Registrar's Office, but are not included on a student's transcript.

    6.    The plaintiff's grades were as follows:

<u>First Semester</u>

| Course | Grade |
|---|---|
| Legal Methods | 66 |
| Legal Writing I | 75 |
| Property I | 58 |
| Torts I | 64 |

<u>Second Semester</u>

| Course | Grade |
|---|---|
| Legal Writing II | 69 |
| Property II | 54 |
| Torts II | 59 |

A copy of the plaintiff's official transcript is attached as Exhibit B.

    7.    Generally, mid-semester transfers are not allowed in full year courses. SNESL made an exception for the plaintiff. After the first semester she was allowed to transfer from one Torts section to another because she claimed she did not like the professor, and she was allowed

to transfer from one Legal Writing section to another because she did not like the professor's teaching style. These transfers were not the result of any claim of a disability by the plaintiff. Indeed, SNESL was not aware that the plaintiff had a learning disability until May 2004 when it received the report of Dr. Dorothy Brown.

8. On January 23, 2003, the plaintiff was referred to the Academic Support Program because she had received final and mid-term grades below 70. A copy of this letter informing the plaintiff of the decision is attached as Exhibit C.

9. On May 7, 2003, SNESL received a report from Dr. Dorothy Brown diagnosing the plaintiff with attention deficit disorder, and weakness in visual speed, visual perceptual organization, and working memory. A copy of the letter is attached as Exhibit D.

10. Also on May 7, 2003, SNESL received two Special Accommodation Forms from Dr. Brown requesting that the plaintiff be given an extra hour and be allowed to use a computer on her upcoming Property and Torts exams. SNESL agreed to these requests for accommodations. Copies of the Special Accommodation Forms are attached as Exhibit E.

11. In addition, the plaintiff was allowed to postpone the Property exam from May 12 to May 14, 2003 and to postpone the Torts exam from May 9 to May 13, 2003. She was also allowed to take the exams in a quiet room by herself, given an extra hour, and allowed to use a computer.

12. SNESL granted all of the plaintiff's requests for accommodations.

13. On May 15, 2003 the Academic Standards Committee notified the plaintiff that her failing grades in Torts and Property and her cumulative grade point average of 61.9 made her subject to academic dismissal. The plaintiff was given the opportunity to respond in writing. A copy of the notice is attached as Exhibit F, and the plaintiff's response is attached as Exhibit G.

14. On June 5, 2003 the Academic Standards Committee voted to dismiss the plaintiff. A copy of the notice to the plaintiff is attached as Exhibit H. The plaintiff appealed the dismissal to the Full Faculty.

15. On June 26, 2003 the Full Faculty voted to deny the plaintiff's appeal. A copy of the denial is attached as Exhibit I.

16. At no time before she was dismissed did the plaintiff or anyone on her behalf request that she be given a reader for her examinations.

17. I have seen a letter dated April 22, 2004 from Dr. Dorothy Brown addressed to "To Whom It May Concern," in which she says that she would "support Lisa taking exams by having them read to her." This letter is dated ten months after the plaintiff was dismissed, and a copy of the letter was never sent to SNESL. SNESL did not know of the letter until the plaintiff filed this suit.

Signed under the penalties of perjury this 25th day of July, 2005.

_____
Michael G. Hillinger

PABOS2:ADAVID:619093_1
9502-91139

4

JUL 0 2 2002

P.O. Box 5213  
Chicago, Illinois 60680-5213

Phone: 773-624-5138  
Email: LsGillard@aol.com

# Lisa Gillard

**Objective**   Obtain a Jurisprudence Doctorate from Southern New England School of Law

**Field Experience**

1997-present          The Gillard Institute, Inc.          Chicago, IL  
**Founder - Program Director**
- Manage and operate a charitable, nonprofit education corporation.
- Market and create programs, grants and contracts for funding.
- Develop, execute and implement programs at area schools and agencies.

1999-present          Various Presenters          Chicago, IL  
**Public Relations Contractor**
- Promote artists and writers for special events, seasonal contracts.
- Create and prepare biographical, promotional and honors materials.
- Manage schedule, expense reports, technical riders and budgets.

1999-2000          Harold Washington College          Chicago, IL  
**Adjunct Professor of English**
- Assess, evaluate and teach English 101.
- Assess, evaluate and teach English 102 via satellite Egypt, Africa.
- Counsel, monitor and critique students writing process.

**Education**

1996          University of Illinois (UIC)          Chicago, IL
- M. A. English

1991          Columbia College          Chicago, IL
- B. A. Liberal Arts

**Publications**

Features: N'DIGO, Jam Sessions, The Source; Beacon News; Poetry: Nommo 2: Remembering Ourselves Whole, Literary X-press, Kaleidoscope, Columbia Poetry, NEMJC and Mississippi Poetry Reviews; Grants: IAC, Ethic Arts, 1996-$5,000; 2001-$1,000; Arts in Education, The Gillard Institute, Inc., 1999-$1,500; Press: M. Mitchell. "Message of respect falls on deaf ears." Chicago Sun-Times 29. Feb. 2000. J. Nesbitt. "First annual Speak! Conference 2000 to be held Saturday." Chicago Defender 3. Oct.2000. J. Nesbitt. "Women Writing Down Legacies." Chicago Defender 14. Jan. 2001. J. Nesbitt. "Gillard Institute sponsors 'self-esteem'." Chicago Defender 5. April 2001."Hip-hop focus of Gillard Institute confab." Chicago Defender 4. September 2001. A.Mitchell. "Youth rap on hip-hop." Chicago Defender 5. October 2001. A.Mitchell."Annual Harvest Fest." Chicago Defender 3. November 2001."Literary forum highlights Women's 'Her-story' Month." Chicago Defender 5. March 2002.

**Interests**   General Law, Sports, Television and Film, Publishing and Travel.

EXHIBIT     A

**Instructional**

1996-1999            Prologue, Inc.                                Chicago, IL
**Teacher/Coordinator**
- Teach English Composition, Women's and Performance Studies.
- Organize school newspaper, annual, prom and basketball teams.
- Counsel and mentor students, coordinate volunteers and manage grants.

Fall/Winter 1996-97    De Paul University                          Chicago, IL
**Adjunct Professor of English**
- Assess, evaluate and teach Reading.
- Assess, evaluate and teach Research Writing.
- Monitor and critique students writing process.

1994-1995            School of the Art Institute                   Chicago, IL
**Visiting Professor**
- Teach Narrative Exposition.
- Monitor and critique students writing process.
- Counsel and mentor students.

1992-1994            City Colleges of Chicago                      Chicago, IL
**Demonstrative Writing Instructor**
- Teach Demonstrative writing skills to ABE, GED and ESL students.
- Organize citywide literacy fair and edit literacy journal.
- Counsel and mentor students.

**Organizational**

1994-1995            The Chicago Historical Society                Chicago, IL
**History Explorers Coordinator**
- Coordinate, organize and teach museum partnership with CPS.
- Mentor, evaluate and teach seventh and eighth grade students.
- Prepare and control budgeting totaling $15,000.

1993-1994            Campus Programs (UIC)                         Chicago, IL
**Events Coordinator**
- Supervise and manage FNL and Reading series; other events.
- Counsel, students and Control and prepare budget totaling $15,000.

# Southern New England School of Law

Office of the Registrar

```
SOUTHERN N. E. SCHOOL OF LAW       Office of the Registrar    Date Printed    3/15/2005  PAGE   1
TRANSCRIPT

Lisa J. Gillard
P.O. Box 5213
Chicago, IL 60680                                DEGREE

ID# 428315712
SEX Female
DATE ADMITTED       200301

Date of Birth 1/22/1967                          PREV. COLL.: COLUMBIA COLLEGE IL
                                                 CHICAGO, IL
                                                 GRADUATION YEAR 1991

NO       COURSE TITLE              GRADE    CR QUAL PTS

         Fall 2002
LM101    LEGAL METHODS               66     1.00    66
LW101    LEGAL RESEARCH & WRITING I  75     3.00   225
PR101    PROPERTY I                   *     0.00
TO101    TORTS I                      *     0.00
         SCHD CR  PASSED CR  QUAL PTS  GPA
SEMESTER   4.00     4.00       291    72.8

         Spring 2003
LW102    LEGAL WRITING II            69     3.00   207
PR102    PROPERTY II                 54     6.00   324
TO102    TORTS II                    59     6.00   354
** ACADEMICALLY DISMISSED **   6/05/2003
FACULTY APPEAL DENIED          6/26/2003
         SCHD CR  PASSED CR  QUAL PTS  GPA
SEMESTER  15.00     3.00       885    59.0
CUMULATIVE 19.00    7.00      1176    61.9

PASS/FAIL   00.00
*************** End of Transcript ***************
```

**EXHIBIT** B

AN OFFICIAL SIGNATURE IS WHITE WITH A BURGUNDY BACKGROUND    REJECT DOCUMENT IF SIGNATURE BELOW IS ALTERED

This officially sealed and signed transcript is printed on burgundy SCRIP-SAFE® security paper with the name of the university printed in white type across the face of the document. A raised seal is not required. When photocopied a security statement containing the institution name will appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

Carol A. Vidal, Registrar

OFFICIAL ACADEMIC TRANSCRIPT



# Southern New England School of Law
## Office of the Registrar
333 Faunce Corner Road
North Dartmouth, MA 02747-1252
Phone: (508) 998-9600   Fax: (508) 998-9561

# Transcript Guide

**General Information:**
An official transcript bears the signature of the Registrar. In compliance with the Family Educational Rights and Privacy Act of 1974, this information is released to you at the request of the student with the understanding that it will not be released to other parties without the student's written permission. The information listed below represents current academic policy at the law school.

**Accreditation:**
Southern New England School of Law has been accredited by the New England Association of Schools and Colleges since September of 1995. The law school also holds degree-granting authority from the Commonwealth of Massachusetts.

**Degree Awarded:**
The law school confers the degree of *Juris Doctor* upon its graduates.

**Graduation Requirements:**
To receive the Juris Doctor degree, the law school requires students to complete successfully a minimum of 89 credit hours of course work. However, for most students graduating prior to 1998, successful completion of only 87 credit hours was required.

**Academic Standing:**
To be in good academic standing, a student must maintain a minimum grade point average of 70 and have satisfied all supervisory or probationary conditions. Students on Academic Probation or under Academic Supervision are not in good academic standing.

**Grading System:**
Since the fall of 1991, the law school has been organized on a semester basis. Prior to that, it operated on the quarter system.

The law school uses the following numerical grading system for reporting final course grades.

| Description | Grade |
|---|---|
| Excellent | 90-100 |
| Above Average | 80-89 |
| Average | 70-79 |
| Unsatisfactory | 60-69 |
| Failure | 40-59 |
| Incomplete | I |
| Withdrawn (no penalty) | W |
| Pass | P |
| Audit (not for credit) | AU |

**Honors:**
Students who earn at least 8 credits in a semester and whose semester average is 85 or above are accorded Dean's List status: First Honors for averages 95-100, Second Honors for averages 90-94 and Third Honors for averages 85-89. Students graduating with cumulative grade point averages of 95-100 are awarded their degree *Summa Cum Laude*, those with averages 90-94 graduate *Magna Cum Laude* and those with averages 85-89 graduate *Cum Laude*.

---

**TO TEST FOR AUTHENTICITY:** The face of this document has a burgundy background on which the name of the institution appears. Apply fresh bleach to the sample background printed below. If the document is authentic, the paper will turn brown.

SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLANC LAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • S( LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW EN( RN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOO SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHERN NEW ENGLAND SCHOOL OF LAW • SOUTHE

**ADDITIONAL TEST:** After photocopying, a security statement appears prominently across the face of the entire document. A black and white document is not an original and should not be accepted as an official institutional document. This grade report cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have additional questions about this document, please contact our office at (508) 998-9600.

U.S. Patent 5,171,040                                     SCRIP-SAFE® Security Products, Inc., Cincinnati, OH

# SOUTHERN NEW ENGLAND SCHOOL of LAW

Lisa Gillard
1261 Church St., Apt.13
New Bedford, MA 02745

January 23, 2003

Dear Ms. Gillard:

Your academic record this past semester indicates that you received either a final grade below 70 or a mid-term grade below 70 in a full-year course. Grades below 70 are considered unsatisfactory by the Faculty of Southern New England School of Law.

Because of this, the Academic Standards Committee of the Faculty has instructed me to refer you to the academic support program for assistance. As stated in § II.J.1. of the *Student Handbook*, you should not view your referral to the academic support program as a punitive measure. Instead, it is intended to help you identify and remedy any academic problems that you may be having.

Your participation in the academic support program is required. Please contact Professor Anne Folino at the Office of Academic Services (508) 998-9600 ext. 162 to set up an appointment this spring.

The Faculty believes that the academic support program can be of real assistance to those students who devote sufficient time and energy to it. I fully expect that you will do so and that your academic record will flourish accordingly.

Very truly,

Michael G. Hillinger
Associate Dean

cc: Registrar
    File

**EXHIBIT** C

# TIVERTON PSYCHOLOGICAL SERVICES

2128 Main Road  
Tiverton, Rhode Island 02878  
(401) 624-9972

DOROTHY B. BROWN, Ph.D.  
ANNE M. DAVIDGE, Ph.D.  
DENNIS J. ROG, Ed.D.  
*Licensed Psychologists*

May 7, 2003

Dear Professor Clifford and/or To Whom It May Concern:

Lisa Gillard, student for Spring 2003, clearly has an Attention Deficit Disorder diagnosis and has weaknesses in the areas of visual speed, visual perceptual organization and working memory. A complete evaluation and report have not been completed, however, she clearly has special needs in the above areas according to her testing.

It is recommended that Lisa be allowed at least an extra hour on her exams and computer use.

If you have any questions, please contact me.

Sincerely,

*Dorothy B. Brown*

Dorothy B. Brown PhD, NCSP  
DB:ks

**EXHIBIT D**

## SPECIAL ACCOMMODATION FORM

### Accommodations, Rescheduling Exams or Makeup Exams

Student __Lisa Gillard__

Course __Property II__

Professor __Clifford__

Semester __Spring 2003__

Original date of exam: __05-12-03__   Reschedule Exam to: __05-14-03__

Accommodations requested: __Computer Use and one extra hour on the exam. (Dr. Dorothy Brown will forward materials via fax 05-07-03).__

Reason for rescheduling or accommodation (attach documentation if necessary) _Weakness in Visual Speed & Visual Perceptual_
Due to an ADD diagnosis and another type of learning disorder, computer use and an _extra_ hour on the exam will help me to do better on the exams. (Dr. Dorothy Brown will fax on 05-07-03 info.)

Authorized Signature: _Dorothy Brown_ — Report will follow
Date __5/7/03__
Approved __✓__   Denied _____
Comments: _____

---

To Be Filled Out by the Professor

Open/Closed Book? _____

What Materials can be used? _____

Length of Examination _____

Signature of faculty member _____

*Reminder to faculty:   Please submit a copy of your examination to the Registrar's Office prior to exams.

■ **NO MAKEUP EXAMINATION IS TO BE ASSIGNED EARLIER THAN THE ORIGINAL EXAMINATION DATE.** ■

Office Use only:

Registrar's Office:                                                                **EXHIBIT** __E__

Date rescheduled _____   Room# _____   Time _____

# SPECIAL ACCOMMODATION FORM

## Accommodations, Rescheduling Exams or Makeup Exams

Student __Lisa Gillard__

Course __Torts II__

Professor __Cleary__

Semester __Spring 2003__

Original date of exam: __05-09-03__   Reschedule Exam to: __05-13-03__

Accommodations requested: __Computer Use and an extra hour on the exam. (Dr. Dorathy Brown will forward via fax the materials on 05-07-03).__

Reason for rescheduling or accommodation (attach documentation if necessary) _____

__Due to an ADD diagnosis and another type of learning disorder, computer use and an extra hour on the exam will help me to do better on the exams.__

> Authorized Signature:_____
> Date_____
> Approved_____   Denied_____
> Comments:_____

> To Be Filled Out by the Professor:
>
> Open/Closed Book?_____
>
> What Materials can be used?_____
>
> Length of Examination_____
>
> Signature of faculty member_____
>
> *Reminder to faculty:   Please submit a copy of your examination to the Registrar's Office prior to exams.

### ■NO MAKEUP EXAMINATION IS TO BE ASSIGNED EARLIER THAN THE ORIGINAL EXAMINATION DATE. ■

Office Use only:

Registrar's Office:

Date rescheduled_____ Room#_____ Time_____

# SOUTHERN NEW ENGLAND SCHOOL of LAW

May 12, 2003

Lisa Gillard
1261 Church Street Apt 13
New Bedford, MA 02745

Dear Ms. Gillard:

Under § II.J.2. of the *Student Handbook*, academic performance is considered unacceptable when a student receives a cumulative average below 70, fails a required course, receives a cumulative total of 9 credits or more of grades below 70, or fails to comply with prior probationary or supervisory conditions. Because your academic record indicates that you fall within one of these categories, the Academic Standards Committee has instructed me to inform you that your performance is unacceptable and you are subject to academic dismissal.

Although you are *subject to academic dismissal*, the dismissal is not automatic and each student's case is given individual consideration by the Academic Standards Committee of the Faculty. In order to aid the Committee in reaching its decision, you have the opportunity to submit a *written* statement to the Committee. Neither the Committee nor any of its members grant personal interviews.

The statement should contain any information bearing on your academic performance which you believe the Committee should consider in reviewing your case. This information will be kept confidential.

The statement should be addressed to my attention and may be mailed or delivered to the administrative office. However, your statement must be *received* at the school no later than **Thursday, May 22, 2003 at 12:00 p.m.**

The Committee will inform you of its decision as soon as possible. Please note that if the Committee decides to allow you to continue in the program, but requires you to re-take any course(s), you must take the course(s) at the next time offered in your division.

Very truly,

*[signature]*

Michael G. Hillinger
Associate Dean

cc: Academic Standards Committee

**EXHIBIT F**

## MEMORANDUM

**TO:** Professor Cleary, Chair
Academic Standards Committee

**FROM:** Lisa Gillard

**DATE:** 05-16-2003

**SUBJECT:** Academic Dismissal Review

**CC:** Committee Members, Hillinger, Rudko, Ward
Student FILE ***SEE ATTACHMENTS***

---

This document is a sincere response to a letter dated <u>Monday, May 12, 2003</u> from Associate Dean Michael Hillinger at SNESL.

In lieu of meetings with instructors, preparation and study, I, too, am a "subject to academic dismissal." While I have <u>not</u> received my full academic report via mail, the following is a response to your concerns about my first year progressions:

- <u>**Learning Disability**</u>: The first semester's grades were <u>not</u> due to a lack of study, but the inability to apply rules to fact patterns. There were problems with "Multiple Choice" questions and also identifying issues. I worked with a tutor for the entire year.

- <u>**Transfer of Classes**</u>: In mid-November, early October, I realized that I was <u>not</u> receiving the adequate feedback in my writing class, and Arruda refused to meet with me on more than one occasion to discuss my writing. I partitioned to transfer to Folino, and Dean Hillinger granted the request.

- <u>**False Allegations of Stalking**</u>: October 2003, Scharf encouraged weekly email and office meetings to discuss TORT problems. January 2003, after meeting with Dr. Christine Frizzell at UMASS-Dartmouth about test-taking techniques, I was informed by Frizzell that Scharf wrote a letter to Dean Ward stating that I was "stalking" her. Thus, Dean Ward granted a transfer to Professor Cleary's class.

In conclusion, a reasonable and ordinary person under similar circumstances probably would <u>not</u> be able to withstand such challenges beyond the normal course of law school transition and daily life. As a community leader, educator and writer, I believe that the learning process must be accompanied by professional guidance and support. That is why I am seeking your <u>consideration</u> to continue my academic pursuits as a future legal scholar at SNESL.

If there are any questions, please feel free to kindly contact me at <u>(773) 398-9026</u>.

Again, I thank you for your attention to this matter.

**EXHIBIT G**

# SOUTHERN NEW ENGLAND SCHOOL of LAW

June 5, 2003

Lisa J. Gillard
1261 Church Street Apt 13
New Bedford, MA 02745

Dear Ms. Gillard:

I regret to inform that, after careful consideration of your case, the Academic Standards Committee of the Faculty has decided that you will not be allowed to continue in courses at Southern New England School of Law.

You have the right to appeal your academic dismissal to the full Faculty by sending a letter, stating the grounds of your appeal, to the Associate Dean by 4:00 p.m. on Wednesday, June 11, 2003. Your dismissal will become effective on that date if you do not appeal.

If you are currently enrolled in courses, you are entitled to a full refund of the tuition paid for this semester. Please contact the Business Office at (508) 998-9600, ext. 118 or ext. 101, if you are entitled to a refund.

The Academic Standards Committee regrets that it had to take this action, but feels that it was required by your academic record and the circumstances of your case. The law school wishes you the best of luck in your future endeavors.

Very truly,

Michael G. Hillinger
Associate Dean

cc: File
    Registrar

**EXHIBIT** H



# SOUTHERN NEW ENGLAND SCHOOL of LAW

June 26, 2003

Lisa Gillard
1261 Church Street Apt#13
New Bedford, MA 02745

Dear Ms. Gillard:

I regret to inform you that, after careful consideration of your case, the full faculty has voted to deny the appeal of your dismissal from Southern New England School of Law. This means you no longer will be allowed to continue in courses at the school.

If you are currently enrolled in courses, you are entitled to a full refund of the tuition paid for this summer semester. Please contact the Business Office at (508) 998-9600, ext. 118 or ext. 101, if you are entitled to a refund.

The faculty regrets that it had to take this action, but feels that it was required by your academic record and the circumstances of your case. The law school wishes you the best of luck in your future endeavors.

Very truly,

Michael G. Hillinger
Associate Dean

cc: Registrar
    File

EXHIBIT    I

333 Faunce Corner Road, North Dartmouth, MA 02747-1252
Administration Tel: 508•998•9600  Fax: 508•998•9561  Admissions Tel: 508•998•9400 or 800•213•0060
Library Tel: 508•988•9888  Fax: 508•998•2018  Website: www.snesl.edu