UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| LISA J. GILLARD | |
| --- | --- |
| Plaintiff | |
| v. | DOCKET NO. 05-10244-RCL |
| SOUTHERN NEW ENGLAND SCHOOL OF LAW | |
| Defendant | |

**AFFIDAVIT OF DOROTHY B. BROWN, Ph.D.**

I, Dorothy B. Brown, do on oath hereby depose and say:

1. I am a licensed psychologist in the Commonwealth of Massachusetts and the State of Rhode Island. I maintain a practice at Tiverton Psychological Services, 2128 Main Street, Tiverton, Rhode Island.

2. On May 1, 2003, I met with Lisa Gillard for the purpose of administering tests to diagnose a potential learning disability. I administered the following tests on May 1 and May 7, 2003: Wechsler Adult Intelligence Scale-Third Edition, Rey Osterrieth Figure Drawing, Rey Auditory Verbal Learning Test, Stroop Neuropsychological Screening Test; CAARS-Self Report: Short Version.

3. Based on these test results I diagnosed Ms. Gillard as having attention deficit disorder and weaknesses in the areas of visual speed, visual perceptual organization, and working memory. I recommended that she be given an extra hour on her exams and that she be allowed to use a computer.

4.    Ms. Gillard asked me to complete two Special Accommodation Forms rescheduling her Property and Torts exams and requesting that she be allowed to use a Computer and that she be given an extra hour on each exam. I signed the Special Accommodation Forms and faxed them to Carol Vidal at Southern New England School of Law (SNESL) on May 7, 2003. I indicated on the forms that a report will follow. True and accurate copies of the Forms are attached as Exhibit "A."

5.    Later on May 7, 2003, I learned that SNESL required that Special Accommodation Forms be accompanied by a letter on my letterhead. On May 7, 2003, I faxed a letter to Professor Clifford at SNESL which contained my diagnosis and my recommendations for special accommodations. I noted in the letter that "[a] complete evaluation and report have not been completed." I meant by that that I had not yet prepared a formal report based on the May 1, and May 7 testing. A true and accurate copy of my May 7, 2003 letter is attached as Exhibit "B."

6.    On or about May 29, 2003 I prepared a formal Psychological Evaluation of Ms. Gillard. I sent a copy of this Evaluation to Ms. Gillard. A true and accurate copy of the Psychological Evaluation is attached as Exhibit "C."

7.    The last testing and evaluation I did of Ms. Gillard was on May 7, 2003. When I prepared the Psychological Evaluation of Ms. Gillard I considered my evaluation to be complete. I have not met with Ms. Gillard since May 2003.

8.    On April 21, 2004, Ms. Gillard called my office and I reviewed the Psychological Evaluation with her. I agreed with her that having exams read to her might be helpful. She asked me to put this in a letter. On April 22, 2004, I prepared such a letter addressed to "To Whom It May Concern" and mailed it to Ms. Gillard. This letter is not based on any testing or

evaluation beyond that found in the Psychological Evaluation. A true and accurate copy of this letter is attached as Exhibit "D."

Signed under the penalties of perjury.

_____
Dorothy B. Brown, Ph.D.

Date:

# SPECIAL ACCOMMODATION FORM

## Accommodations, Rescheduling Exams or Makeup Exams

Student __Lisa Gillard__

Course __Property II__

Professor __Clifford__

Semester __Spring 2003__

Original date of exam: __05-12-03__        Reschedule Exam to: __05-14-03__

Accommodations requested: __Computer Use and one extra hour on the exam. (Dr. Dorothy Brown will forward materials via fax 05-07-03).__

Reason for rescheduling or accommodation (attach documentation if necessary) _____ *Weakness in Visual Speed & Visual perceptual*

__Due to an ADD diagnosis and another type of learning disorder, computer use and an extra hour on the exam will help me to do better on the exams. (Dr. Dorothy Brown will fax on 05-07-03 info.)__

Authorized Signature: *Dorothy D Brown*
Date 5/7/03                    — *Report will follow*
Approved_____  Denied_____
Comments:_____

---

To Be Filled Out by the Professor:

Open/Closed Book?_____

What Materials can be used?_____

Length of Examination_____

Signature of faculty member_____

*Reminder to faculty: Please submit a copy of your examination to the Registrar's Office prior to exams.

■ NO MAKEUP EXAMINATION IS TO BE ASSIGNED EARLIER THAN THE ORIGINAL EXAMINATION DATE. ■

Office Use only:

Registrar's Office:                                     EXHIBIT __A__

Date rescheduled_____ Room#_____ Time_____

| SPECIAL ACCOMMODATION FORM |
|---|

### Accommodations, Rescheduling Exams or Makeup Exams

Student __Lisa Gillard__

Course __Property II__

Professor __Clifford__

Semester __Spring 2003__

Original date of exam: __05-12-03__    Reschedule Exam to: __05-14-03__

Accommodations requested: __Computer Use and one extra hour on the exam. (Dr. Dorathy Brown will forward materials via fax 05-07-03).__

Reason for rescheduling or accommodation (attach documentation if necessary) _____

- Due to an ADD diagnosis and another type of learning disorder, _visual perceptual memory_ _[illegible]_ computer use and an extra hour on the exam will help me to do _weakness in vis_ better on the exams. (Dr. Dorathy Brown will fax on 05-07-03 info.) _Spec_

Authorized Signature: _Dorathy B Brown_ — _Report will follow_
Date _5/7/03_
Approved ✓_____ Denied_____
Comments: _____

---

To Be Filled Out by the Professor:

   Open/Closed Book? _____

   What Materials can be used? _____

   Length of Examination _____

   Signature of faculty member _____

*Reminder to faculty:   Please submit a copy of your examination to the Registrar's Office prior to exams.

### ■NO MAKEUP EXAMINATION IS TO BE ASSIGNED EARLIER THAN THE ORIGINAL EXAMINATION DATE. ■

Office Use only:

Registrar's Office:

Date rescheduled_____ Room#_____ Time_____

# TIVERTON PSYCHOLOGICAL SERVICES

2128 Main Road
Tiverton, Rhode Island 02878
(401) 624-9972

DOROTHY B. BROWN, Ph.D.
ANNE M. DAVIDGE, Ph.D.
DENNIS J. ROG, Ed.D.
*Licensed Psychologists*

May 7, 2003

Dear Professor Clifford and/or To Whom It May Concern:

Lisa Gillard, student for Spring 2003, clearly has an Attention Deficit Disorder diagnosis and has weaknesses in the areas of visual speed, visual perceptual organization and working memory. A complete evaluation and report have not been completed, however, she clearly has special needs in the above areas according to her testing.

It is recommended that Lisa be allowed at least an extra hour on her exams and computer use.

If you have any questions, please contact me.

Sincerely,

*Dorothy B. Brown*

Dorothy B. Brown PhD, NCSP
DB:ks

EXHIBIT B

# TIVERTON PSYCHOLOGICAL SERVICES

2128 Main Road
Tiverton, Rhode Island 02878
(401) 624-9972

DOROTHY B. BROWN, Ph.D.
ANNE M. DAVIDGE, Ph.D.
DENNIS J. ROG, Ed.D.
*Licensed Psychologists*

## Psychological Evaluation

Name: Lisa Gillard

Date of Birth: 1/22/1967

Date of testing: 5/1/03; 5/7/03

Age: 36

**Reason for Referral:** Lisa was self-referred because she felt she might have Attention Deficit Disorder and required adjustments for her in law school.

**Background Information:** Lisa is currently completing her first year at Southern New England Law School in Dartmouth, Massachusetts. She reports having difficulty with her attention span and with understanding some of the material. She particularly is having trouble with the analysis of the material when she has to express herself in writing.

Lisa is the youngest child of four children. She grew up in Mississippi in an educated family. The family is positive for some learning and attentional problems in her nieces and nephews. Her mother has a master's degree. Her father dropped out of school in the 8th or 9th grade. According to Lisa, she graduated near to bottom of her high school class. She attended community college and then went on to the University of Mississippi for two years and studied music and English. She reports that she traveled for a while and moved to Chicago and earned a BA and Masters Degree in English. She has a strong interest in working with at-risk children and started a company in Chicago to work with them with writing and dance. She also reports that she taught school in Chicago.

**Behavioral Observations:** Lisa, an attractive black woman, met with me on two occasions to complete the testing. She appeared to be a well-educated, articulate woman, although she tended to hop around when she gave her background information to me. Throughout testing, she often asked me the question I asked her as if she needed more information or didn't understand the question and particularly struggled with visual tasks. For example, when asked to complete a task which involved sequencing pictures, she put the pictures in a right to left sequence and seemed surprised when the examiner suggested that they go left to right.

**EXHIBIT     C**

Lisa Gillard                                                                                                    Page 2

Generally, I felt Lisa worked hard to complete the test and that it is a valid measure of her ability level at this time.

**Tests Administered:**

Wechsler Adult Intelligence Scale-Third Edition
Rey Osterrieth Figure Drawing
Rey Auditory Verbal Learning Test
Stroop Neuropsychological Screening Test
CAARS-Self Report: Short Version

**Test Results:** On the Wechsler Adult Intelligence Scale-Third Edition, Lisa achieved a full scale score of 90. This score falls within the average range at the 21st percentile. There was a significant difference between her verbal scores which fell within the average range, and all of her other scores, which fell within the low average range. Individual scores were as follows:

|                              | Standard Score | Percentile Rank |
|------------------------------|----------------|-----------------|
| Verbal IQ                    | 96             | 39              |
| Performance IQ               | 83             | 13              |
| Verbal Comprehension Index   | 107            | 68              |
| Perceptual Organization Index| 84             | 14              |
| Working Memory Index         | 84             | 14              |
| Perceptual Speed Index       | 91             | 27              |

An Average Individual subtest score is 10 ±3.

Individual subtest scores were as follows:
S = Strength

| Verbal |  | Performance |  |
|--------|--|-------------|--|
| Vocabulary | 14S | Picture Completion | 6 |
| Similarities | 10 | Digit Symbol/Coding | 8 |
| Information | 10 | Block Design | 5 |
| Arithmetic | 7 | Matrix Reasoning | 11S |
| Digit Span | 5 | Picture Arrangement | 7 |
| Letter Number Sequencing | 10 | Symbol Search | 9 |

Lisa's strengths are in her ability to express, and to retrieve information from long-term storage. She also shows good ability in the area of abstract reasoning and problem solving when the task is untimed.

Lisa is much weaker in visual organization of information when the task involves the ability to focus on the details or when the task is timed. She appears to process nonverbal information slower. This may be partially due to problems of sustaining her attention and concentration over time.

Auditory memory and attention is also an area of weakness. Lisa had difficulty remembering a series of numbers and recalling the details of an arithmetic problem presented verbally. These scores fell within the low average to below average range.

On the Rey Auditory Verbal Learning task, she showed a slow but steady learning curve of 5, 11, 11, 14 and 14 words out of a list of 15 unrelated words. She retained 13 out of the 14 words after an interference trial was given. She added some additional words to the list and circled additional words when given a recognition task. This indicates that there is some interference in her processing and retrieval of auditory information which would be consistent with her lower score on the working memory index on the WAIS-III.

Visual organization and visual memory were also assessed using the Rey Osterreith Figure Drawing Test. Lisa copied the complex figure in primarily a "parts" manner. She was able to see the outside of the figure as a whole. When asked to recall the figure, she lost many of the details. This indicates a weakness in left hemisphere functioning in processing the details of visual information. This is typical of people who process information globally but have difficulty with focusing on detail.

Lisa was given the Stroop Neuropsychological Screening test to assess attention and her ability to screen out conflicting information. This score is highly associated with a weakness in left hemisphere functioning related to underlying brain damage or a learning disability. On this task Lisa scored at the 4th percentile when compared to people of similar age.

On the CAARS self report, Lisa indicated significant problems in attention, memory and hyperactivity and restlessness. Her scores fell within the clinical range or above the 98th percentile.

**Summary and Recommendations:** Lisa is a 36-year-old woman who was self-referred due to her concerns regarding her struggle in law school. Testing shows that she has a strength in language and retrieval of long-term information. She has significant weaknesses in left hemisphere functioning including focusing on detail, short-term memory and attention and concentration. Her self-report is consistent with this finding. I am suggesting that Lisa make a follow up appointment with a neurologist, Dr. Jeffrey Wishick for his opinion regarding whether he believes strategies/accommodations or medication would be helpful to improve her focus and memory and to further evaluate her attention and memory problems.

Lisa is someone who will struggle with the details of information. She will be able to see and understand the larger gestalt. Law school is likely to be a significant challenge for her.

_[signature]_
Dorothy B. Brown Ph.D., Licensed Psychologist

# TIVERTON PSYCHOLOGICAL SERVICES

Sent 4/28/04

2128 Main Road
Tiverton, Rhode Island 02878
(401) 624-9972

DOROTHY B. BROWN, Ph.D.
ANNE M. DAVIDGE, Ph.D.
DENNIS J. ROG, Ed.D.
*Licensed Psychologists*

April 22, 2004

To Whom It May Concern:

Based on my psychological evaluation on Lisa Gillard and my review of it with her on 4/21/2004, I would support Lisa taking exams by having them read to her and by giving her extra time to complete tests. This would be particularly true when a test is multiple choice as Lisa has difficulty encoding visual information. She has a visual learning disability and is significantly stronger in her language/verbal skills.

Sincerely,

Dorothy B. Brown PhD



EXHIBIT        D