UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA J. GILLARD<br>　　　　Plaintiff<br><br>v.<br><br>SOUTHERN NEW ENGLAND SCHOOL OF LAW<br>　　　　Defendant | DOCKET NO. 05-10244-RCL |

### AFFIDAVIT OF ROBERT V. WARD

I, Robert V. Ward, do on oath depose and say:

1.  I am the Dean of the Southern New England School of Law.

2.  On February 4, 2003 Lisa Gillard told me that Dr. Christine Frizzell of the UMass-Dartmouth Counseling Center had told her that Professor Irene Scharf had accused her of "stalking" in a conversation Professor Scharf had had with me. I told Ms. Gillard that Professor Scharf had never used the word "stalking" and had not accused her of stalking.

3.  I then sent Ms. Gillard an e-mail in which I reiterated that Professor Scharf had never used the word "stalking." A copy of the e-mail is attached as Exhibit A.

Signed under the penalties of perjury this 25 day of July, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert V. Ward

Date:

619122_1
9502-91139

**lgillard@mail.snesl.edu**

Account Options...

| Menu | View Mail | Compose | Search | Calendar | Log Off |

Back | Prev | Reply | Reply All | Forward | Delete

Message: 8 of 8    Printable Version

**From:** Donna Desirey <ddesirey@snesl.edu>   Save Address

---

Date: Tue, 04 Feb 2003 09:59:12 -0500
Reply-To: ddesirey@snesl.edu
To: <lgillard@snesl.edu>
CC: <ischarf@juno.com>
Subject: Clarification

---

Hello Lisa:

Dean Ward dictated the following message to you:

"After our conversation, I spoke with Associate Dean Michael Hillinger and Professor Irene Scharf and want you to know that Professor Scharf never used the term 'stalking' when discussing the situation. That was our misunderstanding of what she was saying. Also, the letter we discussed yesterday has been mailed to your New Bedford address."

---

Back | Prev | Reply | Reply All | Forward | Delete

**EXHIBIT      A**