UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA J. GILLARD<br>　　　　Plaintiff<br><br>v.<br><br>SOUTHERN NEW ENGLAND SCHOOL OF LAW<br>　　　　Defendant | DOCKET NO. 05-10244-RCL |

### AFFIDAVIT OF IRENE SCHARF

I, Irene Scharf, do on oath depose and say:

1.　　I am a Professor of Law and Dean of Clinical Programs at Southern New England School of Law.

2.　　The plaintiff Lisa Gillard was a student in my Torts class during the first semester of the 2002-2003 academic year.

3.　　I have reviewed the Complaint in this case and I understand that the plaintiff alleges that Dr. Christine Frizzell told her that I had told Dean Robert Ward that she was "stalking" me.

4.　　I never said to Dean Ward or to anyone else that the plaintiff was "stalking" me.

5. On February 4, 2004 I received a copy of an e-mail Dean Ward sent to the plaintiff in which he told her that I never used the term "stalking." A copy of the e-mail is attached as Exhibit "A".

Signed under the penalties of perjury this 26th day of July, 2005.

_____
Irene Scharf

PABOS2:ADAVID:619096_1
9502-91139

**lgillard@mail.snesl.edu**

Account Options...

| Menu | View Mail | Compose | Search | Calendar | Log Off |

Back | Prev | Reply | Reply All | Forward | Delete

Message: 8 of 8    Printable Version

From: Donna Desirey <ddesirey@snesl.edu>   Save Address

---

```
Date: Tue, 04 Feb 2003 09:59:12 -0500
Reply-To: ddesirey@snesl.edu
To: <lgillard@snesl.edu>
CC: <ischarf@juno.com>
Subject: Clarification
```

Hello Lisa:

Dean Ward dictated the following message to you:

"After our conversation, I spoke with Associate Dean Michael Hillinger and Professor Irene Scharf and want you to know that Professor Scharf never used the term 'stalking' when discussing the situation. That was our misunderstanding of what she was saying. Also, the letter we discussed yesterday has been mailed to your New Bedford address."

---

Back | Prev | Reply | Reply All | Forward | Delete

**EXHIBIT ___A___**

Back to Top | Back to Home

Classic WebMail v2.1.0
Send questions to our Support Team