UNITED STATES DISTRICT COURT OF THE DISTRICT MASSACHUSETTS

Lisa J. Gillard

              : CIVIL ACTION
              :
              :
   Plaintiff       :
v.             :
              : No Jury Trial Demand
              : 05-10244-RCL

Southern New England School of Law: :
              :

   Defendant      :

**CERTIFICATION OF SERVICE**
**A MOTION FOR RECONSIDERATION TO AMEND THE COMPLAINT**

---

I, hereby, certify that I have conferred under the Local Rules 7.1 with defendants, David Allen and Elizabeth Houlding, Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110, to file a Motion to Amend the Complaint via first class mail, email and telephone on 08/06/05.

Signature: _LJGillard_
Date: 08/06/05

Lisa Gillard, PRO SE
P.O. Box 5213
Chicago, IL 60680-5213
Tel.: 1-773-425-0307
Email: Lgillard@Bridgew.Edu

I, hereby, spoke with David Allen on 8/5/05 at 1:58 p.m. and he said that they (SNESL) will oppose this motion, to amend complaint, and that I only have to speak with one of them: meaning he (Mr. David) or Ms. E. Houlding.
LJGillard 08/05/05 (2:06 p.m. - Chicago Time)