UNITED STATES DISTRICT COURT OF THE DISTRICT MASSACHUSETTS

Lisa J. Gillard

            **Plaintiff**

v.

Southern New England School of Law:

            **Defendant**

CIVIL ACTION

No Jury Trial Demand
05-10244-RCL

## OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The plaintiff Lisa J. Gillard moves pursuant to Federal Rules for Civil Procedure 56 for an entry for an Opposition to the Motion for Summary Judgment. As grounds for this Motion, the plaintiff says that there is genuine proof in the question of fact or material of fact, and the plaintiff is entitled to an Opposition to the defendant's Summary Judgment as a matter of law. In further support of this Motion, the plaintiff has filed a herewith a Memorandum of Law, and other documentation to support plaintiff's favor.

### REQUEST FOR ORAL ARGUMENT

The plaintiff requests for an oral argument on this Motion.

                                        Lisa J. Gillard, PRO SE

                                        Lisa J. Gillard
                                        P.O. Box 5213
                                        Chicago, IL 60680-5213
                                        Tel.: 1-773-425-0307

Dated: August 12, 2005

## Certification

I, hereby, certify pursuant to Local Rule 7.1 that the defendant and plaintiff have conferred and sent via U. S. mail the Opposition to the Motion for Summary Judgment on 08/12/05.

                                            Lisa J. Gillard, PRO SE

                                            *Lisa J. Gillard* (signature)
Lisa J. Gillard
P.O. Box 5213
Chicago, IL 60680-5213
Tel.: 1-773-425-0307

Boston address:
P.O. Box 990695
Boston, MA 02199

Dated: August 12, 2005