UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**LISA GILLARD**

V.                                    **CIVIL ACTION NO. 05-10244-RCL**

**SOUTHERN NEW ENGLAND SCHOOL OF LAW**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

In accordance with the Court's Order of February 3, 2006 allowing the motion for summary judgment of the defendant Southern New England School of Law, Judgment is hereby entered as follows: Judgment for the defendant, Southern New England School of Law dismissing this action.

February 6, 2006                    /s/ Lisa M. Hourihan
                                     Deputy Clerk