UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA GILLARD, PRO SE

PLAINTIFF

: CIVIL ACTION
: NO JURY TRIAL DEMAND
: DOCKET NO.: 05-10244-RCL

V.

SOUTHERN NEW ENGLAND SCHOOL OF LAW

DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby give that the plaintiff in the above-captioned case appeal to the United States Court of Appeals for the First District, the February 3, 2006 Order of the District Court.

The Order of February 3, 2006 grants "[t]he motion of dismissal in favor of the defendants because the plaintiff has not established a triable claim under ADA or Rehabilitation Act." The first matter is an issue of law and very proper for the Court of Appeals. However, the next four matters are issues of fact because the Court has the right to determine whether factually if the plaintiff has demonstrated that 1) the faculty's conduct was "extreme and outrageous;" 2) the faculty's conduct was "beyond all possible bounds of decency;" and 3) the faculty's conduct was "utterly intolerable in a civilized community." The fifth and final matter is also an issue of fact becaue the Court's Order denied the plaintiff's leave of the Amended Complaint. The Court must determine that the District Court abused its authority in deciding these facts. The plaintiff is a student with a learning disability. Defendants' discriminatory and unethical practices

-1-

against her violated the Americans with Disabilities Act 1990, Section 12182, Part 36.20; Rehabilitation Act of 1973, Section 504 (a) and ADA, Section 12182, Part 36.206; and Article 114 of the Massachusetts Constitution, and the plaintiff's claims are in fact triable as a matter of law.

In addition, the opinion accompanying the Order makes improper, incorrect and scandalous findings about the unethical behavioral practices and false statements made by the property defendants at the law program under oath via signed affidavits about the obligations of the plaintiff, pro se, because the plaintiff is a student with a learning disability, and the representation of her character and dignity as a local, statewide and national school-community public figure with viable claims, and a scandalous statement of stalking that worsened her disability cannot be left unchallenged and which findings have caused an immediate and irreparable injury that only the Court of Appeals can correct.

Dated: February 25, 2006         Signature: _____

Lisa Gillard, Pro Se
P.O. Box 5213
Chicago, IL 60680-5213
Tel.: 1-773-425-0307
Email: LGillard@Bridgew.Edu

UNITED STATES DISTRICT COURT OF THE DISTRICT MASSACHUSETTS

Lisa J. Gillard

                CIVIL ACTION

       Plaintiff

  v.

                No Jury Trial Demand
                05-10244-RCL

Southern New England School of Law:

       Defendant

## CERTIFICATION OF SERVICE
## NOTICE OF APPEAL

I, hereby, certify that I have conferred under the Local Rules 7.1 with defendants, David Allen and Elizabeth Houlding, Peabody & Arnold, 30 Rowes Wharf, Boston, MA 02110, to file a NOTICE OF APPEAL via first class mail U. S. Postal Service on __02__ / __25__ / __06__ .

Signature: _Lisa J. Gillard_
Date: __02/25/2006__

Lisa Gillard, PRO SE
P.O. Box 5213
Chicago, IL 60680-5213
Tel.: 1-773-425-0307
Email: Lgillard@Bridgew.Edu