## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10244

Lisa Gillard

v.

Southern New England School of Law

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-29

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/1/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 23, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 3/24/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10244-RCL

Gillard v. Southern New England School of Law
Assigned to: Judge Reginald C. Lindsay
Cause: 42:1218(2) Americans with Disabilities Act

Date Filed: 02/02/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lisa J. Gillard**     represented by **Lisa J. Gillard**
P.O. Box 5213
Chicago, IL 60680-5213
773-425-0307
PRO SE

V.

**Defendant**

**Southern New England School of Law**     represented by **Allen N. David**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2003
Fax: 617-951-2125
Email: adavid@peabodyarnold.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth A. Houlding**
Peabody & Arnold LLP
30 Rowes Wharf
Boston, MA 02110
617-951-2100
Fax: 617-951-2125
Email: ehoulding@peabodyarnold.com

I hereby certify on 3/24/2006 that the foregoing document is true and correct copy of the electronic docket in the captioned case
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on 3/24/2006
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: [signature] Jeanette Ramos
Deputy Clerk

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/02/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Lisa J. Gillard.(Jenness, Susan) (Entered: 02/10/2005) |
| 02/02/2005 | 2 | COMPLAINT against Southern New England School of Law, filed by Lisa J. Gillard. (Attachments: # 1 cover/category sheet)(Jenness, Susan) (Entered: 02/10/2005) |
| 02/02/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 02/10/2005) |
| 02/15/2005 | 3 | Judge Reginald C. Lindsay : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. The Clerk shall issue a summons and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States. (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/16/2005 |  | Summons Issued as to Southern New England School of Law. (Greenberg, Rebecca) (Entered: 02/16/2005) |
| 02/17/2005 | 4 | MEMORANDUM in Support re 1 MOTION for Leave to Proceed in forma pauperis filed by Lisa J. Gillard forwarded for consideration (Jenness, Susan) (Entered: 02/17/2005) |
| 03/10/2005 | 5 | US Marshal Process Receipt and Return for Summons and Complaint. Lisa Gillard served Delivered on 3/4/5 (Stanhope, Don) (Entered: 03/11/2005) |
| 03/18/2005 | 6 | ANSWER to Complaint by Southern New England School of Law. (Attachments: # 1 Exhibit A)(David, Allen) (Entered: 03/18/2005) |
| 03/23/2005 | 7 | NOTICE of Scheduling Conference Scheduling Conference set for 5/5/2005 02:30 PM in Courtroom 11 before Judge Reginald C. Lindsay. (Hourihan, Lisa) (Entered: 03/23/2005) |
| 04/08/2005 | 8 | CORPORATE DISCLOSURE STATEMENT by Southern New England School of Law. (David, Allen) (Entered: |

| | | |
|---|---|---|
| | | 04/08/2005) |
| 04/27/2005 | 9 | JOINT STATEMENT re scheduling conference. (Stanhope, Don) (Entered: 04/28/2005) |
| 04/29/2005 | 10 | CERTIFICATION pursuant to Local Rule 16.1 *(D)(3)* by Southern New England School of Law.(David, Allen) (Entered: 04/29/2005) |
| 05/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge Reginald C. Lindsay : Scheduling Conference held on 5/5/2005. Discovery due by 6/30/2005. Plaintiff expert disclosure due by 7/29/05. Defendant expert disclosure due by 8/26/05. Motions due by 9/26/2005. Responses due by 10/12/05.(Court Reporter None Present.) (Hourihan, Lisa) (Entered: 05/09/2005) |
| 06/28/2005 | 11 | MOTION for Extension of Time to August 30, 2005 to Complete Discovery by Lisa J. Gillard.(Patch, Christine) (Entered: 06/29/2005) |
| 06/28/2005 | 12 | MOTION to Amend 2 Complaint by Lisa J. Gillard. (Attachments: # 1 Amended Complaint)(Patch, Christine) (Entered: 06/29/2005) |
| 06/29/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 11 deleted because: it was entered incorrectly by court staff (Patch, Christine) (Entered: 06/29/2005) |
| 06/30/2005 | 13 | Opposition re 11 MOTION for Extension of Time to August 30, 2005 to Complete Discovery filed by Southern New England School of Law. (Houlding, Elizabeth A.) (Entered: 06/30/2005) |
| 08/02/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 11 Motion for Extension of Time to Complete Discovery without prejudice because the moving party has failed to comply with Local Rule 7.1., denying 12 Motion to Amend without prejudice because the moving party has failed to comply with Local Rule 7.1. (Hourihan, Lisa) (Entered: 08/02/2005) |
| 08/03/2005 | 14 | MOTION for Summary Judgment by Southern New England School of Law.(David, Allen) (Entered: 08/03/2005) |
| 08/03/2005 | 15 | AFFIDAVIT of Michael G. Hillinger *filed* by Southern New England School of Law. (Attachments: # 1 Exhibit A# 2 |

| | | |
|---|---|---|
| | | Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I)(David, Allen) (Entered: 08/03/2005) |
| 08/03/2005 | 16 | AFFIDAVIT of Dorothy B. Brown, Ph.D. *filed* by Southern New England School of Law. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(David, Allen) (Entered: 08/03/2005) |
| 08/03/2005 | 17 | MEMORANDUM in Support re 14 MOTION for Summary Judgment filed by Southern New England School of Law. (David, Allen) (Entered: 08/03/2005) |
| 08/03/2005 | 18 | AFFIDAVIT of Robert V. Ward *filed* by Southern New England School of Law. (Attachments: # 1 Exhibit A)(David, Allen) (Entered: 08/03/2005) |
| 08/03/2005 | 19 | AFFIDAVIT of Irene Scharf *filed* by Southern New England School of Law. (Attachments: # 1 Exhibit A)(David, Allen) (Entered: 08/03/2005) |
| 08/03/2005 | 20 | AFFIDAVIT of Allen N. David *filed* by Southern New England School of Law. (Attachments: # 1 Exhibit A# 2 Exhibit B)(David, Allen) (Entered: 08/03/2005) |
| 08/09/2005 | 21 | CERTIFICATE OF SERVICE by Lisa J. Gillard. (York, Steve) (Entered: 08/09/2005) |
| 08/09/2005 | 22 | MOTION for Reconsideration re 12 MOTION to Amend 2 Complaint by Lisa J. Gillard.(York, Steve) (Entered: 08/09/2005) |
| 08/10/2005 | 23 | Opposition re 22 MOTION for Reconsideration re 12 MOTION to Amend 2 Complaint filed by Southern New England School of Law. (Houlding, Elizabeth A.) (Entered: 08/10/2005) |
| 08/15/2005 | 24 | Opposition re 14 MOTION for Summary Judgment filed by Lisa J. Gillard. (York, Steve) (Entered: 08/15/2005) |
| 08/15/2005 | 25 | MEMORANDUM in support of re 24 Opposition to Motion for Summary Judgment. (York, Steve) (Entered: 08/15/2005) |
| 09/07/2005 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 22 Motion for Reconsideration (York, Steve) (Entered: 09/07/2005) |
| 02/03/2006 | 26 | Judge Reginald C. Lindsay : ORDER entered granting 14 |

|  |  |  |
|---|---|---|
|  |  | Motion of the defendant for Summary Judgment for reasons stated in the accompanying memorandum. The clerk shall enter judgment for the defendant dismissing this action and terminate the case on the court's docket. (Lindsay, Reginald) (Entered: 02/03/2006) |
| 02/06/2006 | 27 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendant against plaintiff(Hourihan, Lisa) (Entered: 02/06/2006) |
| 03/01/2006 | 28 | MOTION for Certificate of Appealability by Lisa J. Gillard. (York, Steve) (Entered: 03/01/2006) |
| 03/01/2006 | 29 | NOTICE OF APPEAL by Lisa J. Gillard. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/21/2006. (fee not paid)(York, Steve) (Entered: 03/01/2006) |
| 03/22/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered granting 28 Motion for Certificate of Appealability (York, Steve) Additional attachment(s) added on 3/23/2006 (York, Steve). (Entered: 03/23/2006) |