

# United States Court of Appeals
## For the First Circuit

No. 06-1524

LISA J. GILLARD,

Plaintiff, Appellant,

v.

SOUTHERN NEW ENGLAND SCHOOL OF LAW,

Defendant, Appellee.

Before

Boudin, Chief Judge,
Torruella, and Howard, Circuit Judges.

JUDGMENT

Entered: August 24, 2006

   In this appeal, Lisa Gillard has challenged the district court's summary-judgment dismissal of her suit against the Southern New England School of Law (the "Law School"). Having carefully reviewed the briefs, the record on appeal, and the applicable law, we affirm the district court's judgment for essentially the same reasons as those given by the court in its 2/3/06 order. We note that, contrary to Gillard's belief, the district court did not rely on the Eleventh Amendment as a basis for dismissing her claims.

   To the extent Gillard is claiming that the district court abused its discretion in denying her request for leave to amend her complaint to add an ADA-based claim of retaliation, her claim has no merit. In its 8/2/05 order, the district court denied Gillard's motion to amend, without prejudice, on the ground that Gillard had failed to comply with Rule 7.1 of the Local Rules. This was not an abuse of discretion; after all, Gillard had failed to include a certificate of service and to file a memorandum of reasons why leave to amend should be granted. See Loc. R. 7.1 (A)(2), (B)(1),

(C).  And, although Gillard later filed an 8/9/05 "Motion for Reconsideration of Amended Complaint," which consisted of the proposed amended complaint and a certificate of service, she again neglected to provide the court with a memorandum of reasons why leave to amend should be granted.  This omission was particularly significant in light of the fact that the Law School's motion for summary judgment was pending at the time; after all, once a motion for summary judgment has been filed, leave to amend will be granted only if the plaintiff can provide "substantial and convincing evidence" in support of the proposed amendment.  <u>Resolution Trust Corp. v. Gold</u>, 30 F.3d 251, 253 (1st Cir. 1994).

<u>The district court's judgment is AFFIRMED.</u>

By the Court:

Richard Cushing Donovan, Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/15/06

By: __MARGARET CARTER__
   Chief Deputy Clerk.

[cc: Lisa J. Gillard, Allen N. David, Esq., Elizabeth A. Houlding, Esq.]